76 So.2d 860

**George BROWN**

v.

**STATE.**

2 Div. 883.

Court of Appeals of Alabama.

Dec. 7, 1954.

John W. Drinkard, Linden, for appellant.

Si Garrett, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.